## ANDERSON v. STATE.
### No. 23380.

Court of Criminal Appeals of Texas.
June 5, 1946.

J. H. Axelrod, of Houston, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for unlawfully carrying a pistol, the punishment assessed being confinement in the county jail for one month.

The complaint and information properly charge the offense. The record before this court contains neither statement of facts nor bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.

## POGUE v. STATE.
### No. 23418.

Court of Criminal Appeals of Texas.
June 5, 1946.

Earl Shelton, of Austin, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for unlawfully carrying a pistol, the punishment assessed being a fine of $100.

The complaint and information properly charge the offense. The record before this court contains neither statement of facts nor bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.